IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF __KENTUCKY__
__Louisville__ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

**FILED**
JAMES J. VILT JR,
CLERK
2/22/2025
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

__DELL FLIPPINS SUMMERS__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__LOUISVILLE METRO GOVERNMENT__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __3:25CV-104-DJH__

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

    Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DELL FLIPPINS SUMMERS |
| Street Address | 537 SOUTH 3RD STREET, APT 909 |
| City and County | LOUISVILLE, JEFFERSON |
| State and Zip Code | KENTUCKY, 40202 |
| Telephone Number | (502) 600-3938 |
| E-mail Address | DELLFSUMMERS@GMAIL.COM |

    B. **The Defendant(s)**

    Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | LOUISVILLE METRO GOVERNMENT |
| Job or Title (if known) | |
| Street Address | 200 SOUTH 5TH STREET, STE 300N |
| City and County | LOUISVILLE, JEFFERSON |
| State and Zip Code | KENTUCKY, 40202 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

      State and Zip Code   _____

      Telephone Number   _____

      E-mail Address   _____
      (if known)

Defendant No. 3

      Name   _____

      Job or Title   _____
      (if known)

      Street Address   _____

      City and County   _____

      State and Zip Code   _____

      Telephone Number   _____

      E-mail Address   _____
      (if known)

Defendant No. 4

      Name   _____

      Job or Title   _____
      (if known)

      Street Address   _____

      City and County   _____

      State and Zip Code   _____

      Telephone Number   _____

      E-mail Address   _____
      (if known)

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question             ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Jurisdiction is proper in this Court because the claims arise primarily out of 42 USC 1983 and the United States Constitution.
SEE EXHIBIT 1 (ATTACHED) for STATEMENT OF FACTS/CLAIMS
Venue is proper here because the acts and omissions complained of occured in JEFFERSON county, Kentucky.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

      b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

**III.**    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I) Parties: Dell F. Summers ("Plaintiff") is an African-American male who was a Cisco Engineer; Louisville Metro Government ("LMG") is a government agency acting under the color of state law.

~~II) Jurisdiction is proper in this Court because the claims arise primarily out of 42 USC 1983 and~~ the United States Constitution. Venue is proper here because the acts and omissions complained of occured in Jefferson County, Kentucky.

SEE EXHIBIT 1 (ATTACHED) for STATEMENT OF FACTS/CLAIMS

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Award money damages in the amount of $3,000,000.00; Grant injunctive relief by preventing further violations of Plaintiff's rights; Award punitive damages in the amount of $3,000,000.00; Award all other expenses and attorney's fees, costs and other appropriate relief.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: FEB 20, 20 25.

Signature of Plaintiff
Printed Name of Plaintiff   DELL F. SUMMERS

B. **For Attorneys**

Date of signing: _____, 20__.

|                           |                              |
|---------------------------|------------------------------|
| Signature of Attorney     | _____  |
| Printed Name of Attorney  | _____  |
| Bar Number                | _____  |
| Name of Law Firm          | _____  |
| Address                   | _____  |
| Telephone Number          | _____  |
| E-mail Address            | _____  |

## About These Forms

1. **In General.** This and the other pleading forms available from the www.uscourts.gov website illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.